```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                      ) | |
|      Plaintiff,                      ) | |
|                                      )   4:07CR3079 |
|      v.                              ) | |
|                                      ) | |
| JOSE ROMO-CORRALES and                ) | |
| FRANCISCO GALVAN-VALDEZ,              )       ORDER |
|                                      ) | |
|      Defendants.                      | |

   IT IS ORDERED:

   1.   An evidentiary hearing on defendant Galvin-Valdez's motion to suppress evidence, [filing 57](filing 57), will be held jointly with the hearing of co-defendant Romo-Corrales before the undersigned on July 14, 2008 beginning at 1:30 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The court has set aside three hours for this hearing.

   2.   The defendants, defendants' counsel, and counsel for the government shall be present at this hearing.

   3.   Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

   4.   As to both defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

   Dated June 9, 2008.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge