IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3079 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE ROMO-CORRALES and | ) | |
| FRANCISCO GALVAN-VALDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motions for an enlargement of time (filings 78, 79) are granted, as follows:

Defendants shall have until September 17, 2008, to file any objections to the Magistrate Judge's report and recommendation (filing 71). The enlargement of time, from September 11, 2008, to September 17, 2008, shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(F) (delay resulting from any pretrial motion).

September 11, 2008.        BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge