IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3079 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE ROMO-CORRALES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel,

IT IS ORDERED that Defendant Romo-Corrales' sentencing is rescheduled to Monday, December 22, 2008, at 11:00 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

December 3, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge