UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>            Plaintiff,                )<br>                                                                )<br>    vs.                                                      )<br>                                                                )<br>                                                                )<br>JOSE ROMO-CORRALES,              )<br>FRANCISCO GALVAN-VALDEZ,    )<br>                                                                )<br>            Defendants.              ) | 4:07CR3079<br><br>**FINAL ORDER OF<br>FORFEITURE** |

NOW ON THIS 9th day of January, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 21, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendants' pleas of guilty to Counts I and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $3,013.00 in United States currency was forfeited to the United States. The Grand Island Police Department was also authorized to destroy the five firearms listed in the Indictment and seized on May 30, 2007 by law enforcement.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on October 27, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on December 29, 2008 (Filing No. 120).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

    B.  All right, title and interest in and to the subject property, *i.e.*, $3,013.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

    C.  The subject property, *i.e.*, $3,013.00 in United States currency, be, and the same hereby is, forfeited to the United States of America .

    D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

    DATED this 9th day of January, 2009.

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court